```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 01-cr-47-01-PB

**Anselma Aleman**

### O R D E R

The defendant, through counsel, has moved to continue the July 6, 2005 trial in the above case, citing a scheduling conflict with the trial date. The government does not object to a continuance of the trial date.

Accordingly, to accommodate the scheduling conflict and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2005 to September 7, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 29, 2005 final pretrial conference is continued until August 31, 2005 at 4:30 p.m.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

June 24, 2005

cc: Paul Garrity, Esq.
    Thomas J. Lee, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal