**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                            Case No. 01-cr-47-01-PB

<u>Anselma Aleman</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the September 7, 2005 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 7, 2005 to November 1, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 31, 2005 final pretrial conference is continued until October 17, 2005 at 3:30 p.m.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

August 11 , 2005

cc:  Paul Garrity, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal